UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SUSAN KINDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01952-TWP-MJD |
| | ) | |
| MARION COUNTY PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR MARCH 30, 2023
TELEPHONIC STATUS CONFERENCE
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by counsel for a telephonic Status Conference.  The parties discussed the status of and future plans for discovery.  Defendant shall serve its **overdue** response to Plaintiff's settlement demand [Dkt. 21 ¶ III(E)], with a copy to Magistrate Judge Dinsmore, on or before **April 6, 2023**.

This matter is scheduled for a telephonic status conference on **Monday, May 1, 2023 at 2:00 p.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  30 MAR 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.