# UNITED STATES DISTRICT COURT

### Southern District of Indiana

*Roger A. G. Sharpe*

*Clerk of the Court*

| | |
|---|---|
| *46 East Ohio Street, Room 105* | *101 Northwest MLK Boulevard* |
| *Indianapolis, Indiana* | *Evansville, Indiana* |
| *46204* | *47708* |
| *921 Ohio Street* | *121 West Spring Street* |
| *Terre Haute, Indiana* | *New Albany, Indiana* |
| *47807* | *47150* |

April 3, 2023

Re: KINDER v. MARION COUNTY
PROSECUTOR'S OFFICE
Cause Number: 1:22–cv–01952–MPB–MJD

TO ALL COUNSEL OF RECORD:

      Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge Tanya Walton Pratt to the docket of Judge Matthew P. Brookman on April 3, 2023. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 1:22–cv–01952–MPB–MJD should be used on all future filings.**

Sincerely,

Roger A. G. Sharpe, Clerk of Court

By: s/Laura Townsend
Laura Townsend, Deputy Clerk